Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Tina M Graves

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| TINA M GRAVES,<br><br>        Plaintiff,<br><br>   vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: EDCV 12-1033 MLG<br><br>ORDER OF DISMISSAL |

Pursuant to the Stipulation of the parties, the above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE:   November 2, 2012

_____
THE HONORABLE MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE

-1-