1  Marc V. Kalagian
   Attorney at Law: 149034
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: rohlfing.kalagian@rksslaw.com

## JS-6

5  Attorneys for Plaintiff
   Tina M Graves

6

7

8  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
   **EASTERN DIVISION**

9

10

11  TINA M GRAVES,                          ) Case No.: EDCV 12-1033 MLG
                                            )
12                Plaintiff,                ) ORDER OF  DISMISSAL
                                            )
13                                          )
           vs.                              )
14  MICHAEL J. ASTRUE,                      )
    Commissioner of Social Security,        )
15                                          )
                                            )
16                Defendant.                )
    _____        )
17

18

19         Pursuant to the Stipulation of the parties, the above captioned matter is

20  dismissed with prejudice, each party to bear its own fees, costs, and expenses.

    IT IS SO ORDERED.
21

22  DATE:   November 2, 2012

                              _____
23                            THE HONORABLE MARC L. GOLDMAN
                              UNITED STATES MAGISTRATE JUDGE

24

25

26